### BANG v. McAVOY.

(Supreme Court, Appellate Term. November 29, 1899.)

MUNICIPAL COURTS—JURISDICTION—APPEAL.

A judgment of the municipal court for plaintiff will be reversed, where the record fails to show that defendant resides within the jurisdiction of the court.

Appeal from municipal court, borough of Manhattan, Third district.

Action by Richard T. Bang against Richard McAvoy. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

George W. Dease, for appellant.
Goeller, Shaffer & Eisler, for respondent.

PER CURIAM. The record failing to show that the defendant resides within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319.

Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.